**Order filed, November 18, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00775-CV

———————

## IN THE INTEREST OF L.T.H., A CHILD, Appellant

---

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2012-70308**

---

## ORDER

The reporter's record in this case was due **October 27, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Delores Johnson**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM